IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-cr-40067-SMY-1 |
| | ) |
| KERRY ST. PIERRE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

**YANDLE, Chief Judge:**

Defendant Kerry St. Pierre was convicted of one count of conspiracy to distribute and possession with intent to distribute controlled substances on June 16, 2022 (Doc. 2). She was sentenced on September 20, 2022, to 30 months incarceration and 2 years of supervised release. *Id.* Defendant's term of supervised release commenced on April 1, 2024, and the jurisdiction over her supervision was transferred from the Eastern District of Missouri to this Court on November 21, 2024 (Doc. 1). Now pending before the Court are Defendant's Motions for Early Termination of Supervised Release (Docs. 4, 6, 10). The Government and U.S. Probation Office do not oppose the Motion (Doc. 13).

Under 18 U.S.C. § 3583(e), the Court may terminate a defendant's term of supervised release early if the defendant has completed at least 1 year of supervised release and the Court is satisfied that early termination is warranted by the conduct of the defendant and in the interest of justice. 18 U.S.C. § 3583(e)(1). In considering whether to terminate a term of supervised release, the Court is to consider relevant factors set forth under 18 U.S.C. § 3553. The Court notes that although Defendant tested positive for controlled substance on August 13, 2024, she regularly

attended substance abuse counseling afterward and has had no violations since. Additionally, Defendant has secured full-time employment as a dental assistant. Having been fully advised and after considering the nature and circumstances of the underlying offence, the need to afford adequate deterrence, and the need to protect the public, the Court finds that Defendant has substantially reintegrated into the community and is no longer in need of supervision. As such, the termination of supervised release is warranted and in the interests of justice. 18 U.S.C. § 3583(e)(1).

Accordingly, Defendant Kerry St. Pierre's Motion for Early Termination of Supervised Release (Doc. 4) is **GRANTED**, and Defendant's Second and Third Motions for Early Termination of Supervised Release (Doc. 6, 10) are **DENIED AS MOOT**. Defendant's term of supervised release shall be **TERMINATED** effective the date of this Order.

**IT IS SO ORDERED.**

**DATED: February 4, 2026**

_____
**STACI M. YANDLE
Chief U.S. District Judge**